EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Miguel Soto Pastrana, et als. Peticionarios v. Pío J. Rechani y otros Recurridos | Certiorari 2003 TSPR 81 159 DPR _____ |

Número del Caso: CC-2003-199

Fecha: 16 de mayo de 2003

Tribunal de Circuito de Apelaciones:
          Circuito Regional I

Juez Ponente:
          Hon. Rafael Ortiz Carrión

Abogada de la Parte Peticionaria:
          Lcda. Genoveva Valentín Soto

Abogados de la Parte Recurrida:
          Lcdo. Joseph Lo Presti Torres
          Lcda. Alba N. Caballero Fuentes

          Hon. Roberto Sánchez Ramos
          Procurador Genral

          Hon. Anabelle Rodríguez Rodríguez
          Secretaria de Justicia

Materia: Solicitud de Mandamus

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Miguel Soto Pastrana, et als

    Peticionarios

       v.

                           CC-2003-199

Pío J. Rechani y otros

    Recurridos


RESOLUCIÓN


San Juan, Puerto Rico a 16 de mayo de 2003


    Considerada la Moción Informativa presentada el 17 de abril de 2003 por la Lcda. Genoveva Valentín Soto como una solicitud para que se considere este recurso [CC-2003-199], como un nuevo recurso, presentado luego de la fecha en que se notificara la segunda sentencia, con la notificación enmendada. Se ordena a la Secretaría de este Tribunal darle un nuevo número de radicación al recurso, considerarlo notificado y tramitarlo por la vía ordinaria.

    Hemos observado una práctica en la profesión que nos preocupa. A menudo los(as) abogados(as) que se van de vacaciones, simplemente, sin tomar otras medidas, le indican a los tribunales las fechas en que estarán ausentes y solicitan que no se tome acción alguna durante este periodo de tiempo. Esto hace caso omiso de los términos jurisdiccionales que pueden estar decursando y de los problemas que el aprobar esta pretensión le ocasionaría al buen funcionamiento de los tribunales.

    Esta práctica no podemos avalarla, ya que los tribunales no pueden sujetar sus calendarios y funcionamiento a los intereses particulares de cada

uno de los abogados que ante ellos postulan.  Por la presente apercibimos a la clase togada de que si desean ausentarse del país tienen que tomar las medidas necesarias para que no se perjudiquen los intereses de sus clientes.  El incumplimiento con esta norma podría acarrearles sanciones disciplinarias.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociados señores Rebollo López y Corrada del Río no intervinieron.  El Juez Asociado señor Rivera Pérez está inhibido.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo